JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ LAW OFFICES
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 02:08-CR-00163-JCM-RJJ |
| Plaintiff, | |
| vs. | **MOTION TO CONTINUE SENTENCING DATE FOR A PERIOD OF 60 DAYS** |
| ALFREDO FLORES, | **AND ORDER** |
| Defendant. | |

The Defendant, ALFREDO FLORES, by and through his counsel, James A. Oronoz, respectfully moves this Court for an Order continuing the sentencing date for a period of 60 days. The current sentencing date is scheduled for October 6, 2010.

This Motion is made and based upon the attached Memorandum of Points and Authorities, the papers and pleading on filed in this case, and any argument that may be heard upon this motion.

**POINTS AND AUTHORITIES**

**INTRODUCTION AND FACTUAL BACKGROUND**

The Defendant, Alfredo Flores, was charged with three felony counts related to his alleged involvement in a conspiracy to commit robbery. The Criminal Indictment charged Alfredo Flores with the following: Count One, Conspiracy to Interfere with Commerce by Robbery; Count Two, Conspiracy to Possess Cocaine with Intent to Distribute; and Count

Three, Possession of a Firearm in Furtherance of a Drug Trafficking Crime. Following a ten-day jury trial, which began March 22, 2010, Alfredo Flores was convicted of all three counts contained in the Criminal Indictment. Sentencing is currently scheduled for October 6th, 2010

## I.   THIS COURT SHOULD GRANT A CONTINUANCE FOR GOOD CAUSE DUE TO THE UNDERSIGNED'S SCHEDULING CONFLICT

The decision to grant a continuance lies within the discretion of the trial court. *US v. Flynt*, 756 F.2d 1352, 1358 (9th Cir. 1985). However, a district court's denial of such a motion must not be arbitrary or unreasonable. *US v. Rivera-Guerrero*, 426 F.3d 1130, 1138 (9th Cir. 2005). There are no mechanical tests for deciding whether a continuance should be granted, and the answer "must be found in the circumstances present in every case." *Ungar v. Sarafite*, 376 U.S. 575, 589 (1964). Under Rule 32(b)(2) of the Federal Rules of Criminal Procedure, "the court may, for good cause, change any time limits" in regards to the time of sentencing.

Here, counsel requests a continuance due to a scheduling conflict. Counsel currently has a Jury Trial scheduled to begin on October 5, 2010, and two State Court murder trials both scheduled to begin on October 25, 2010.

Counsel has contacted AUSA Kathleen Bliss and confirmed that the government takes no position in regards to continuing the sentencing date. Therefore, counsel respectfully requests a continuance for a period of 60 days.

Furthermore, it has come to counsel's attention that co-counsel is in the process of investigating a basis for the submission of a Motion for a New Trial. Therefore, counsel also requests a continuance to consider whether it is in Mr. Flores's best interest to join in co-counsel's said Motion.

Finally, a 60-day continuance would allow counsel additional needed time to prepare for Mr. Flores's sentencing.

DATED this 29th day of September, 2010.

/s/ James A. Oronoz
_____
JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ LAW OFFICES
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
*Attorney for Defendant*

IT IS SO ORDERED this 30th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am not a party to the action herein, that I am a person competent to serve papers and that on the 29th day of September 2010, I served a copy of the foregoing: MOTION TO CONTINUE SENTECING DATE FOR A PERIOD OF 60 DAYS via CM/ECF delivery, as authorized under the local rules of the United States District Court, District of Nevada, upon the following persons:

Kathleen Bliss AUSA
Email: kathleen.bliss@usdoj.gov
Attorney for the United States of America

Daniel D. Hollingsworth, AUSA
Email: daniel.hollingsworth@usdoj.gov
Attorney for the United States of America

Eric Johnson, AUSA
Email: eric.johnson2@usdoj.go
Attorney for the United States of America

Shari L. Kaufman, AFPD
Email: ECF_Vegas@fd.org; shari_kaufman@fd.org
Attorney for Christopher Sanalang

Michael Kimbrell, Esq.
Email: mpkimbrell@aol.com
Attorney for Robert Williams

Osvaldo E. Fumo, Esq.
Email: ozzie@fumolaw.com
Attorney for Derek Jones

Lisa Rasmussen, Esq.
Email: lisa@lrasmussenlaw.com
Attorney for Deandre Patton

/s/ James A. Oronoz
_____
JAMES A. ORONOZ, ESQ.