JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
ORONOZ LAW OFFICES
700 SOUTH 3RD STREET
Las Vegas, Nevada 89101
702-878-2889
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | CASE NO:   0:08-CR-00163-JCM-RJJ |
| vs. | ) ) | |
| ALFREDO FLORES, | ) ) | **STIPULATION TO CONTINUE** |
| Defendant. | ) ) | **SENTENCING DATE** |
| _____ | ) ) ) | |

        IT IS HEREBY STIPULATED AND AGREED, by and between KATHLEEN BLISS,

Assistant United States Attorney, and counsel for Plaintiff, and JAMES A. ORONOZ, ESQ.

counsel for Defendant, ALFREDO FLORES, that the sentencing currently scheduled for

DECEMBER 15, 2010 at the hour of 10:30 a.m. be continued to a date and time convenient to

the court.

        This stipulation is entered into for the following reasons:

1.      Anthony P. Brooklier, Esq., is replacing James A. Oronoz, Esq., as counsel for

Defendant, Alfredo Flores.

2.      James A. Oronoz requests a continuance in order to allow newly substituted counsel to

become familiar with the case.

3.      Counsel for the defendant has been in contact with Assistant United States Attorney,

Kathleen Bliss, and she has no objections to the continuance.

4.      The additional time request herein is not sought for purposes of delay, but merely to

allow counsel for defendant sufficient time to effectively and thoroughly prepare for the instant

sentencing hearing.

5.      Denial of this request for continuance would deny newly appointed counsel for defendant sufficient time within which to be able to effectively and thoroughly research, prepare and submit for filing appropriate objections, taking into account the exercise of due diligence.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED this 14$^h$ day of DECEMBER, 2010.


Respectfully submitted,

ORONOZ LAW OFFICES

/s/_____          /s/_____
JAMES A.  ORONOZ, ESQ.                KATHLEEN BLISS
Nevada Bar No.  6769                  Assistant United States Attorney
700 South 3rd Street                  333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada 89101              Las Vegas, Nevada 89101
Attorney for Defendant                Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for December 15, 2010 at the hour of 10:30 a.m. be vacated and continued to February 16, 2011 at the hour of 10:30 a.m.

DATED AND DONE this 14th day of December, 2010.


_____
UNTIED STATES DISTRICT JUDGE