UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:08-CR-163 JCM (GWF) |
|---|---|
| Plaintiff(s), | ORDER |
| v. | |
| CHRISTOPHER SANGALANG, et al., | |
| Defendant(s). | |

Presently before the court is Alfredo Flores's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. (ECF No. 705). That statute states that "[u]nless the motion and the files and records of the case conclusively show that the prisoner is entitled to no relief, the court shall cause notice thereof to be served upon the United States attorney." 28 U.S.C. § 2255(b).

The court finds that a government response is appropriate here.[1] (ECF No. 705).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government shall have twenty-eight (28) days from the date of this order to submit a response to the present motion, and that response shall address, *inter alia*, Mr. Flores's argument regarding the jury verdict form.

. . .

. . .

. . .

---

[1] "There currently exists no absolute right to appointment of counsel in habeas proceedings." *Barghoorn v. Clark*, No. CIVS071996MCEDADP, 2007 WL 3245336, at \*1 (E.D. Cal. Nov. 2, 2007) (citing *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996)). However, appointment of counsel may be necessary in certain circumstances. *See generally* Fed. R. Governing §2255 Cases.

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that petitioner shall have twenty-one (21) days from the date of service of the government's response wherein to file a reply.

DATED August 1, 2017.

_____
UNITED STATES DISTRICT JUDGE